LUCKES, Respondent, v. MESEROLE, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Gus Luckes against Archibald K. Meserole. No opinion. Judgment and order affirmed, with costs. See, also, 133 App. Div. 928, 118 N. Y. Supp. 1121.

LYONS, Appellant, v. MARTINO et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Thomas Lyons against Giustino Martino and another. No opinion. Judgment, in so far as appealed from, affirmed, with costs.

McINERNEY, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Charles A. McInerney against Louis Brown. No opinion. Motion for reargument denied, with costs. For original opinion, see 121 N. Y. Supp. 435.

MacKELLAR, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Thomas MacKellar against La Marcus A. Thompson. (Action No. 1.) No opinion. Judgment and order affirmed on argument, with costs, on authority of MacKellar v. Thompson. 119 App. Div. 36, 103 N. Y. Supp. 853.

McKIBLE v. METROPOLITAN SURETY CO. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Appeal from Trial Term, New York County. Action by Joseph McKible against the Metropolitan Surety Company. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed. Edward R. Finch, for appellant. Edmund R. Terry, for respondent.

PER CURIAM. The judgment and order should be reversed, and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulate to reduce the verdict to the sum of $776.15, in which event the judgment, as so modified, and the order appealed from, should be affirmed, without costs.

LAUGHLIN, J., dissents upon the ground that in his opinion the action is prematurely brought.

McKINLEY, Respondent, v. HESSEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by James A. McKinley against Susan Hessen. No opinion. Motion for restitution denied, without costs, and proceedings stayed, on condition that the plaintiff file a bond in the sum of $10,000. Settle order before Mr. Justice JENKS. See, also, 121 N. Y. Supp. 1139.

McLAUGHLIN-HANNON CONST. CO., Respondent, v. WESTBURY TERRACE, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by the McLaughlin-Hannon Construction Company against the Westbury Terrace, Incorporated. No opinion. Judgment affirmed, with costs.

JENKS and CARR, JJ., dissent, on the ground that the judgment is against the weight of evidence.

McMURTRY, Appellant, v. AMERICAN MILLS CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by John E. McMurtry against the American Mills Company and others. J. E. Melick, for appellant. W. E. Milne, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 134 App. Div. 969, 119 N. Y. Supp. 1134.

McNABB v. ALEXANDER TYPEWRITER CO. et al. (Supreme Court, Appellate Division, First Department. April 15, 1910.) Action by John E. McNabb against the Alexander Typewriter Company and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MAGNY, Respondent, v. HORAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by John Magny against Dennis Horan, as president of the United Journeymen Tailors of Greater New York.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

BURR, J., dissents.

MAISONNEUVE, Respondent, v. GUTWILLIG, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Lillian A. Maisonneuve against Sigmund Gutwillig. No opinion. Judgment of the Municipal Court affirmed, with costs.

MAN et al., Respondents, v. DU VIVIER, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by Alrick H. Man and another against Charles L. Du Vivier. H. Smith, for appellant. H. H. Man, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 134 App. Div. 971, 119 N. Y. Supp. 1134.

In re MANHATTAN BRIDGE TERMINAL. In re DONNELLY. (Supreme Court, Appellate Division, First Department. March 18, 1910.) In the matter of the Manhattan Bridge Terminal. In the matter of Wm. F. Donnelly. No opinions. Motions granted. Order filed.

MARKS, Appellant, v. SCHNITZLER, Respondent. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Henriette D. Marks against Abraham Schnitzler. M. Schleimer, for appellant. P. Heiliger, for respondent. No opinion. Order